JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| DAVID GOERLICH,<br><br>              Plaintiff,<br><br>       vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>              Defendant. | Case No. 5:21-cv-00930 JWH (SPx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:  Hon. John W. Holcomb<br>Ctrm:   2<br><br>Complaint Filed:  June 1, 2021 |

1  Based upon the stipulation of the parties and for good cause shown,

2  IT IS HEREBY ORDERED that this action, Case 5:21-cv-00930 JWH (SPx),
3  is dismissed in its entirety as to all defendants with prejudice, pursuant to
4  Rule 41(a)(2) of the Federal Rules of Civil Procedure. All dates set in this matter are
5  hereby vacated and taken off calendar.

6  IT IS HEREBY FURTHER ORDERED that each party shall bear its own
7  attorneys' fees and costs in this matter.

8  **IT IS SO ORDERED.**

10  Dated: August 17, 2021

*[signature]*
Hon. John W. Holcomb
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

177374.1

2

Case No. 5:21-cv-00930 JWH (SPx)
ORDER GRANTING STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE